

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT,** A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## O R D E R

The two appellees in this appeal, Francisco Tovar Guajardo and Irma Perez Chapa, are represented by separate appellate counsel. Both appellees' briefs were originally due to be filed in this appeal on May 18, 2015. Both appellees' first motions requesting an extension of time were granted, extending the deadline to June 17, 2015.

Both appellees also filed a second motion requesting an additional extension of time to file their briefs until July 17, 2015, for a total extension of sixty days. By order dated June 17, 2015, the motions were granted. This court's order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT APPELLEES WILL BE GRANTED**. Appellees' briefs must be filed by July 17, 2015, or this appeal will be set "at issue" and submitted without briefs filed by appellees."

On July 14, 2015, both appellees filed a third motion for extension of time requesting an additional thirty-day extension to file their briefs until August 17, 2014. The motions are DENIED. The clerk of the court is instructed to set the appeal "at issue." The appellees may file a motion requesting permission to file their briefs prior to the submission of the appeal; however, the granting of such a motion will be at the court's discretion, and the appellees' briefs must be filed simultaneously with the filing of the motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court